# ROBERT AND JAMES ABBOTT
## v.
# ROBERT FORSYTH AND WILLIAM SMITH

### 1811

#### JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* \*p. 389

#### PAPERS IN S. C. FILE

1. Precipe for copy of district court judgment . . . . . . .
2. Copy of district court judgment . . . . . . . . . . .
3. Summons and return . . . . . . . . . . . . . .
4. Copy of supreme court judgment . . . . . . . . . .
5. Precipe for fieri facias (1811) . . . . . . . . . . .

#### PAPERS IN D. C. FILE

1. Writ of fieri facias (1810) . . . . . . . . . . . .